UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
NOV 17 2010
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By _____ Deputy Clerk

PAUL HOWARD TILLEY, Plaintiff(s)
(Full Name)

v.

HEARTLAND AMERICA
8085 CENTURY BLVD., Defendant(s)
CHASKA, MN 55318

Case No. CIV 10-431 JHP
(To be supplied by the Clerk)

**COMPLAINT**

### A. PARTIES

1) PAUL H. TILLEY, is a citizen of OKLAHOMA
   (Plaintiff)                              (State)

who presently resides at 901 N. CRESTVIEW, #14, OKEMAH, OK, 74859
(mailing address, if different from residence)

2) Defendant HEARTLAND AMERICA is a citizen of
   (Name of first defendant)
   CHASKA, MN , and is employed
   (City, State)
   as MAIL ORDER, CATALOGUE SALES.
   (Position and title, if any)

8085 CENTURY BLVD, CHASKA, MN, 55318

3) Defendant _____ is a citizen of
   (Name of second defendant)
   _____ , and is employed
   (City, State)

as _____ .
   (Position and title, if any)

*[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]*

1                                                                (05/05)

B. **JURISDICTION**

1) Jurisdiction is asserted pursuant to _____

_____

C. **NATURE OF CASE**

1) Briefly state the background of your case. *PLEASE SEE ATTACHED*

_____

_____

_____

D. **CAUSE OF ACTION**

I allege the following:

1: *PLEASE SEE ATTACHED*

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

_____

_____

2: _____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

_____

_____

3. _____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

_____

_____

(05/05)

*[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]*

## E.   REQUEST FOR RELIEF

I believe that I am entitled to the following relief: $20.00 ACTUAL DAMAGES AND $20,000.00 PUNITIVE DAMAGES

_Original Signature of Plaintiff_

Current Address: 901 N. CRESTVIEW #14, OKEMAH, OK 74859

Telephone: 918-623-0753

3                                                                                                                    (05/05)

PAUL H. TILLEY
901 N. CRESTVIEW #14
OKEMAH, OK 74859
11-16-2010

U.S. DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA
MUSKOGEE, OKLAHOMA

YOUR HONOR;

ON OR ABOUT THE SECOND DAY OF THIS MONTH, I CALLED MY BANK TO INQUIRE ABOUT A CHARGE TO MY ACCOUNT THAT I HAD NOT MADE. THEY GAVE ME A TELEPHONE NUMBER OF THE COMPANY THAT HAD MADE THE CHARGE. I CALLED THE NUMBER. IT WAS HEARTLAND AMERICA, A COMPANY THAT I HAVE DONE BUSINESS WITH MANY TIMES. THEY SAID THAT THEY HAD WRITTEN ME A LETTER SAYING THAT THEY WOULD TAKE MONEY OUT OF MY ACCOUNT FOR SOME KIND OF CLUB FEE UNLESS I CALLED AND TOLD THEM NOT TO DO SUCH A THING.

I DO NOT REMEMBER GETTING THE LETTER, AND I THINK IT IS POOR BUSINESS PRACTICE FOR A COMPANY THAT I HAVE BOUGHT SO MUCH FROM TO DO ME THAT WAY. I HAD TO PAY A $20.00 OVERBALANCE FEE. THEY DID DEPOSIT MY MONEY IN MY ACCOUNT, BUT I AM STILL OUT $20.00. THIS SHOULD NOT BE ALLOWED BY ANY COMPANY, AND I WISH TO SUE FOR ACTUAL AND PUNITIVE DAMAGES SO AS TO STOP THIS KIND OF BEHAVIOR.

THANK YOU!

Paul H. Tilley

```
Printed by: CSBRDC              Date: 11/05/10   10:08:10      Branch:   1                                              DD5400       11/04/10  Page   1
Deposit Snapshot Statement                                     Citizens State Bank

Printed for: TILLEY PAUL                         Account number:   11010768 D  Description: C  Club Account

 Posted      Check    Transaction   Transaction
 Date        Number   Amount        Description                                                                          Balance

11/01/10                  38.00   22   SUPP SEC FROM US TREASURY 310           SSI                                       192.25-
11/01/10                  48.42  427   POS purchase at Dlbit                                                             240.67-
                                       ISI*CATALOG/WEB ORDER - 800-966-1233 MN
11/01/10                  20.00  959   OD Privilege fee Dbit                                                             260.67-
11/03/10                 656.00   22   SOC SEC FROM US TREASURY 303 SSA                                                  395.33
11/03/10                  48.42  422   POS purchase at Ditclit                                                           443.75
                                       ISI*CATALOG/WEB ORDER - 800-966-1233 MN

* * * End of Report * * *
```