IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PAUL HOWARD TILLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-10-431- JHP |
| | ) | |
| HEARTLAND AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the Order dismissing this case entered the 5th day of January, 2011, in favor of the defendant, Heartland America, and against the plaintiff, Paul Howard Tilley, the Court enters judgment in favor of the defendant and against the plaintiff.

**IT IS SO ORDERED** this 5th day of January, 2011.

James H. Payne
United States District Judge
Eastern District of Oklahoma